UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

WILL J. BELTON

VERSUS

REGIONS BANK NA, ET AL.

CIVIL ACTION

NO. 24-722-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 7, 2025 (Doc. 50), to which no objection was filed;

**IT IS ORDERED** that Defendants' Motions to Dismiss under Rule 12(b)(5) and 2(b)(6) (Doc. 16, 17) are **GRANTED**, and Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this Court declines to exercise supplemental jurisdiction over any state law claims and that those claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motions (Docs. 43, 46, 47 and 48) are **DENIED AS MOOT**.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>August 26, 2025</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**